724 A.2d 799

BRADFORD WOODRICK, ET AL., PLAINTIFF–RESPONDENT, v. JACK J. BURKE REAL ESTATE, INC., ETC., ET AL., DEFEN-DANTS, AND FOX & LAZO, INC., RELATORS, DEFENDANT-APPELLANT.

November 9, 1998.

## ORDER

This matter having been duly considered and the Court having determined that certification was improvidently granted;

It is ORDERED that the within appeal be and hereby is dismissed.

724 A.2d 799

DANIEL D. O'CONNELL, PLAINTIFF–APPELLANT, v. NEW JERSEY MANUFACTURERS INSURANCE COMPANY, ET AL., DEFENDANTS–RESPONDENTS.

November 17, 1998.

## ORDER

The parties having stipulated to a dismissal of this matter and good cause appearing, it is ORDERED that the appeal is dismissed.